et al., and Toilet and Motor of North America, Inc. All right, good morning, Mr. Delaney. You have two minutes reserved for rebuttal, and you can begin whenever you're ready. Thank you, Your Honor. May it please the Court, Andrew Delaney, appellant, appearing pro se. This appeal presents three legal errors warranting vacator and remand. First, the district court held categorically that New York judiciary law, section 487, does not apply in federal court. That holding conflicts with Erie Railroad v. Tompkins, this court's precedent, and New York law. Section 487 is a substantive New York statute creating a civil cause of action with trouble damages against New York licensed attorneys who engage in intentional deceit. When a federal court exercises supplemental jurisdiction over state law claims, especially in a case removed from state court, it must apply substantive state law. The district court instead nullified the statute based on policy disagreement and perceived conflict with Rule 11. Erie forbids that result. Second, the district court treated Rule 12b-6 as a merits determination. Rather than asking whether the amended complaint plausibly alleged intentional deceit, the court weighed evidence, accredited defendants Can you tell me, sir, where you point to any allegations as to your alleged disability? Where is that? In the brief, I didn't go into the details of the disability, but I allege that I was disabled. In your brief? Yes. Okay. That's a conclusory. You just can't say, I'm disabled. You have to state what the disability is, right? Otherwise, there'd be no review at all. Someone just can say, I'm disabled, and win a motion to dismiss, right? In that case, I had actually alleged that there had been a judicial determination that I suffer from disability. I did not, Your Honor, describe exactly what. Can I just go back to the claim? The district court had an alternative finding, and you were just getting into that, that it didn't state a plausible claim even if it was actionable under 487. Explain to me, what did you allege that was false with the intent to deceive? You made some references to what was said in the bankruptcy court about a judgment, but the defendants here, that wasn't them, right? That wasn't their statements. How are they responsible? The trustee said in bankruptcy court. Well, the district court did say that as to some of those statements, it was other people who said them, notably. I think your strongest one is the trustee said there was a judgment against you, which was incorrect, right? And that there was an extortionate aspect to it. But the trustee is not a defendant. Actually, the district court also attributed that statement to Douglas Goldstein, who was the bankruptcy counsel to HC2. Who's also not a defendant. Correct, Your Honor, yes. And that was one of my reasons why I thought it would have been fair to me to allow me to amend the complaint, because the court itself had said that there were other parties that I could have potentially added who had made statements for the one Your Honor mentions. The bankruptcy trustee. That's a different issue, though. But you would agree that those aren't actionable against the defendants you currently have, right? You would agree with that, right? No, Your Honor. It's actionable against them because I showed that the bankruptcy trustee made those statements based upon phone calls and information he got from the two defendants here, Mr. Nutch. Well, you allege that, but my question is, did you list the judgment amount when you filed for bankruptcy? Did you list that as one of the debts against you? No, because in the HC2 case, I didn't list it because there was no judgment from them. And, in fact, one of the – So you were not the one that disclosed that there was a debt in that amount against you in the bankruptcy proceedings? No, they – HC2, who was the plaintiff in the other case before the same district court judge, had filed a proof of claim in my bankruptcy case that was based upon an amount of money that were based on billing records that they submitted, which was my Exhibit B. And one of my arguments on appeal was the district court refused to consider my Exhibit B because Exhibit B showed the fact that the only reason why the trustee knew about the – No, I understand that claim. My question, I think, is a little simpler than that. Okay, I'm sorry. Did you yourself ever list that amount or a debt in the amount equal to what they claimed they had a judgment against you, whether it's a judgment or not? No, because – You never listed it yourself? No, I did not, Your Honor. Okay. Do you have any specific allegations against Toyota that you can make out that don't rely on grouping them with HC2? The allegations against Toyota are tied to HC2 and – Right, so I understand that that is your theory of the case, and what I'm trying to figure out is if we disagree with you that it is proper to connect them. Do you have any allegations against them by themselves? This is actually a question trying to help you, give you more options. Are there any things that are against them, Toyota, that do not depend on you grouping with HC2? I do regarding some of the other claims. Like? For example, some of their tortious conduct against me, the ERISA claims. Those claims also touch upon – So the tortious conduct claim and the ERISA claim are unique to Toyota and don't rise and fall with how we treat HC2. Is that correct? Correct. It would also be – and my argument would be that they would be able to go against Toyota if the other defendants were not to continue.  Can you talk about Section 487? Section 487 is a statute – Right. Yeah. Make your argument in place with 487. My argument about 487 is that it applies in federal court because there are cases where it has applied, including in the Second Circuit. And there's even a case where the Amalfitano case from 2009, where the Second Circuit certified a question to the New York Court of Appeals as to whether an unsuccessful attempted deceit would still be a possible claim under 487. And the New York Court of Appeals came back and said it could be because the opposing party would still have to waste a lot of time and money defending against a bogus claim. So that certification of a question to the New York Court of Appeals presupposes the fact that a 487 claim could be brought in the federal courts. Otherwise, the question could have – Wait a minute. Are you perhaps conflating the bringing in action in federal court for using the state to target conduct that took place in federal court? I mean, there is a difference, right? Yes. So tell me why you think Amalfitano stands for that second proposition. Go ahead. Well, in my particular case, there was a mix of conduct in both states and federal court. So there was conduct in both the Southern District, in the Eastern District Bankruptcy Court, and in Manhattan Supreme Court. Judge Lyman, by the way, also said that 487 doesn't apply in bankruptcy court either, which was also a – I think is something new. So it's – but there are certainly cases where 487 has been applied in federal court and where claims have gone forward, both in the Eastern District and in the Southern District. All right. Thank you. Mr. Delaney, we reserve your two minutes for rebuttal. I'm going to give you a few minutes. Thank you, Your Honor. All right. Good morning. Good morning, Your Honors. May it please the Court? Mr. Delaney is here. Can you state your name? My name is Bella Femini. Bella Femini, Your Honor. Okay, go ahead. Thank you. Mr. Delaney is here for his sixth bite at the proverbial apple as he continues to drag respondents through needless litigation. I'm hopeful that this Court can bring finality to Mr. Delaney's campaign of vexatious litigation, which has lasted the better part of six years. My name is Tom Bella Femini, and I represent Respondents HC2. Is this a federal question case, right, because him being in the Philippines breaks diversity, right? It is a federal question, Your Honor. Yes. And do you think the district court abused its discretion in reaching the 487 claim? I'm sorry. I just didn't hear you, Your Honor. Did the district court appropriately reach the 487 claim? Yes, Your Honor. Why? On several grounds. First, we can start with the text of the statute, but I wouldn't start with 487. I would actually start with Section 3 of the Judiciary Act. No, I didn't ask how to interpret 487. I asked whether or not the district court should have reached it. Because it's a federal question case, Your Honor? Yes. Yes, Your Honor. The court is allowed to exercise supplemental jurisdiction over state law claims as long as it acts according to the state law. Okay, but don't we generally let the state court take a crack at interpreting their state laws? That is true, Your Honor. That can, but that doesn't foreclose the federal court and the district court from interpreting the statute as. . . Are you able to find a case for us in which the district court dismissed the state law claims first and then moved on to the federal claims? I'm unaware at this present time of a case, Your Honor. It doesn't mean it doesn't exist. I just don't know at this present time. Okay. Is there something we should glean from that? No, Your Honor. I don't think the order in which the district court. . . Dismissed the federal claims first. I think that the. . . Could still have reached the district court. The district court could have still reached the supplemental state law claims as it implicates the court's inherent power to govern itself and other implications regarding Rule 11 and the sanctions available to the court. But, again, Your Honor, I don't think we have to get to those issues if we look at the strict text of the statute. I know courts have disagreed about whether or not federal courts are applicable. It's not a clear question. New York court of appeals has never decided it, right? The New York court of appeals has not decided it, Your Honor. Correct. The district court, in its opinion, recognized that courts have gone both ways, that there's New York courts that seem to suggest that federal court proceedings can qualify. You know, I understand the arguments, but on the issue of whether or not we should be deciding that either as a matter of supplemental jurisdiction or just something. . . It's the big deal, right? If people can bring Section 47 claims for any conduct of an attorney in federal court, that's a pretty big deal, right? I agree, Your Honor, and because it directly implicates this court's powers, the court does have a role in deciding whether it's applicable. But on the alternative ground, the district court made that it wasn't plausible because that wouldn't implicate those issues. Can you just give us your best minute and a half on that? I'm sorry. It wasn't plausible because it wouldn't implicate. . . They plausibly alleged that claim even if federal courts could apply to. . . Conduct in federal courts could apply to Section 47. Alternatively, the district court said for pages and pages, the claim fails. Can you just summarize why that is? Yes, Your Honor. First and foremost, the Section 4887 requires an intent at center, Your Honor. It requires an intent to deceive. It's similar to a mens rea requirement in a criminal case, and that's relevant here because this is also partly a criminal statute. And what that requires, Your Honor, is a guilty mind. It means that the person who allegedly makes the deceitful statement intended that it be deceitful. Even if it's not successful and even if it's only a partial attempt to be, this intent to deceive still has to be there. There has to be that guilty mind, that what is happening here. I have a question on this issue of, you know, the court going beyond once it exercised jurisdiction, assuming it could decide a 487 claim. One of the claims is, as I understand from Attorney Delaney, is that the trustee, based on information received from the defendants, disclosed a debt judgment in the amount of $67,458.91. I asked your opponent if he himself had disclosed that in the bankruptcy proceeding. It's my understanding from reading the record that the first reference to that amount of money in the bankruptcy court was recorded in Ms. Attorney Delaney's amended schedule dated March 15, 2021, in the bankruptcy proceeding. Is it your understanding that that's the first time the amount was referenced in the bankruptcy court? I do not have a different understanding, Your Honor. So it would be my understanding that is the first time it's mentioned. And I'll also note on this that it was not any of the defendants that made this alleged statement in court. It was allegedly Mr. Goldstein and the bankruptcy trustee that made these statements. It was the statement made after March 15, 2021, when the amended schedule was filed, which is listed as ECF number 18 in the bankruptcy proceeding? I would have to look at the document. At page 4? Okay. I'm not sure if it was after, Your Honor. But what I would just say is that the billing records, even if they were considered by the district court, do not bear out what Mr. Delaney says they bear out. The highlighted sections only bear out that the trustee had a conversation with Mr. Goldstein, not Mr. Zanikos or Mr. Nocchio. And therefore, it would be inappropriate to attribute those statements to them. All right. Thank you. Thank you. Mr. Hoffman, you're up. Good morning, Judge Perez, Judge Bianco, and Judge Kahn. I'm Beth Kauffman, Truman Updike and Kauffman, and I am pleased to represent Toyota North America in this action before you today. I'd like to pick up on Judge Perez's question. My last name is Ashley Perez. Ashley Perez. Perez.  Yep. Perfect. Thank you. To Mr. Delaney, his answer is consistent with what Judge Lyman found. There is no factual basis for the claims against TNMA. There is no plausible claim alleged against TNMA. Excuse me, TMNA. TMNA was not Mr. Delaney's employer. Were you authorized to look at the employment documents you provided to ascertain your relationship with Mr. Delaney, or do we have to take them at his word? I believe that Judge Lyman was authorized to look at those, given the allegations of the complaint, but he did not look at them, and I don't think you need to look at them. Toyota Motor Corporation, not TMNA, was the party that hired WilmerHale for the project that HC2 worked on and that Mr. Delaney worked on for HC2, not Toyota Motor North America. Mr. Delaney, even in his appellant's brief, says that he worked for now Toyota Thailand, not even Toyota Motor Corporation, which is not a party to this lawsuit, and not TMNA. So I think his argument would be that there's some sort of agency relationship. Can you explain why you wouldn't be liable under a theory like that? Even if there were an agency relationship possible with some ultimate entity that hired HC2, that would be WilmerHale, maybe that's Toyota Motor Corporation, although I don't believe so, but not Toyota Motor North America. There are no allegations that that company, that this defendant, had anything to do with the project, with WilmerHale for the project, for HC2, or Mr. Delaney. He mentioned that he thought that he would have an independent claim, and I get that you think that there's a parsing here, but assuming that he meant your client, why would there not be a claim for an ERISA claim or a tortious interference claim? Excuse me, what was the last question? He said that he thought that he had a tortious interference and an ERISA claim against your client. Why is that wrong? I don't believe there's an ERISA claim in this complaint, Your Honor. I think that there is a complaint involving a summary plan description, which is HC2's summary plan, because HC2 was the employer, not Toyota Motor North America. And there is no tortious interference claim pled in this complaint, and I don't know what would be interfered with on the set of facts that this case presents. At its heart, this complaint relates to things that Mr. Delaney claims occurred during a bankruptcy proceeding that no Toyota entity was ever a part of, no Toyota lawyers were ever a part of. There is absolutely nothing in this complaint, as you began your questioning of Mr. Delaney, Judge, other than the conduct of others should somehow be imputed to Toyota North America. And that is simply not sufficient to set forth a plausible claim. If there are no further questions. Thank you. All right, Mr. Delaney, you have two minutes in rebuttal. Responding first to HC2, when the district court accepted supplemental jurisdiction over the case, at the same time it came to the conclusion that 487 didn't apply in federal court, the court actually had three options. One would have been to retain the claim, the supplemental claim, and to make a ruling on the merits applying 487. The second would be to have remanded the claim to state court, which could have happened and it could have continued. And the third would have been to dismiss without prejudice so that I could continue. You didn't raise that. It wasn't one of your arguments in your brief here that the district court abused its discretion in exercising supplemental jurisdiction. I didn't see that. I did object to the dismissal with prejudice because. That was because you wanted to amend. But I didn't see anywhere in your papers where you said, you know what, the district court should have never reached the 487 issue. Where did you say that in your papers? I can't point to where I specifically raised it. You can't raise it for the first time and you stand up here. Regarding the issue of intent, which HCT also raised that there was no deceitful intent, again, that is an issue where I should have had a right to discovery. Intent is. In your cases, you have to plead with particularity for this type of claim, intent. But I certainly pled intent with particularity. And I think my allegations were very detailed. But in terms of actual proof, you know, this wasn't supposed to be the trial. I was supposed to have the opportunity to prove that through discovery. And then regarding the issue, Judge Conner, I just wanted to correct my statement earlier. I misunderstood the question. I thought the question was, was I the one who brought up their proof of claim for 1.18 million baht? I'm thinking Thailand. It's dollars. I was not the — I didn't agree with that, so I never brought it up. The $67,000 claim I always maintained was their claim. In fact, I maintained that on April 29th of 2020 when I was in — when we were on a remote call. And I told Judge Lyman that the case was below the federal minimum for a diversity jurisdiction because it only involves $67,000. And what I was responding to, Your Honor, regarding the number was the 1.18 million, which I never agreed with. And they were the first ones to bring that up. But the $67,000 was always my position that that was what their claim was. All right. Thank you. Thank you, Your Honor. Thank you, everyone. We'll reserve decision. Have a good day. Thank you.